UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Darryl Allen Ross,

    Plaintiff,

        v.                            Case No. 1:13cv143

Officer Dustin R. Reed, *et al.*,             Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on March 5, 2013 (Doc. 5).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981. No objections to the Magistrate Judge's Report and Recommendation (Doc. 5) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 5) of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's claim seeking an order requiring that disciplinary and/or criminal charges be brought against defendants is **DISMISSED** consistent with the Opinion of the Magistrate Judge.

    **IT IS SO ORDERED.**

                                           */s/ Michael R. Barrett*
                                           Michael R. Barrett
                                           United States District Judge